**Entered on Docket**
**January 08, 2010**

Hon. Linda B. Riegle
United States Bankruptcy Judge

**WILDE & ASSOCIATES**
Gregory L. Wilde, Esq.
Nevada Bar No. 004417
208 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone:  702 258-8200
bk@wildelaw.com
Fax:  702 258-8787
and
MARK S. BOSCO, ESQ.
Arizona Bar No. 010167
TIFFANY & BOSCO, P.A.
2525 East Camelback Road, Suite 300
Phoenix, Arizona 85016
Telephone: (602) 255-6000
HSBC Bank USA, National Association, as Trustee for MHL 2007-2
09-77506

relodge

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In Re: | BK-09-21684-lbr |
| Carlos T. Jabier and Arabella G. Jabier | Date:  12/1/2009 Time: 1:00 p.m. |
| | Chapter 13 |
| Debtors. | |

1

## ORDER VACATING AUTOMATIC STAY

2        IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Automatic Stay in the

3   above-entitled bankruptcy proceedings is immediately vacated and extinguished for all purposes as to

4   Secured Creditor HSBC Bank USA, National Association, as Trustee for MHL 2007-2, its assignees

5
    and/or successors in interest, of the subject property, generally described as 6541 Gossamer Fog Ave.,
6
    Las Vegas, NV 89139, and legally described as follows:
7
8        LOT FIVE (5) IN BLOCK ONE (1) OF PiNNACLE III AT PINNACLE PEAKS, AS SHOWN
         BY MAP THEREOF ON FILE IN BOOK 109 OF PLATS, PAGE 52 IN THE OFFICE OF
9        THE COUNTY RECORDER, CLARK COUNTY, NEVADA.

10       IT IS FURTHER ORDERED, ADJUDGED and DECREED that the Secured Creditor shall give

11  Debtors at least five business days' notice of the time, place and date of sale.

12  ///

13  ///

14  ///

15  ///

16  ///

17  ///

18  ///

19  ///

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

1          IT IS FURTHER ORDERED that in the event a Notice of Default has been recorded

2   against this particular property there can be no sale for sixty (60) days, allowing the Debtor(s) to submit

3   a copy of this Order to the State of Nevada, Foreclosure Mediation Program, and the Order will be

4   construed as an agreement between the Secured Creditor and Debtor(s) that they have voluntarily agreed

5   to a mediation under the Nevada State Foreclosure Mediation Program pursuant to Rule 6 of said

6   program. The necessary information can be accessed at **http://www.nevadajudiciary.us/**.

7

8          DATED this _____ day of _____, 2009.

9   Submitted by:

10  **WILDE & ASSOCIATES**

11  By:___ /s/Gregory L. Wilde, Esq____
    **Gregory L. Wilde, Esq.**
12  Attorney for Secured Creditor
    208 South Jones Boulevard
13  Las Vegas, Nevada 89107

14
    APPROVED / DISAPPROVED
15
    By:_____
16  Boris A. Avramski
    4640 W. Charleston Blvd.
17  Las Vegas, NV 89102
    Attorney for Debtor(s)
18

19  Nevada Bar No:_____

20

21  APPROVED / DISAPPROVED

22  By:_____
    Kathleen A Leavitt
23  201 Las Vegas Blvd., So. #200
    Las Vegas, NV  89101
24  Chapter 13 Trustee

25

26

In accordance with Local Rule 9021, the undersigned counsel certifies as follows (check one):

\_\_\_\_  The court waived the requirements of LR 9021.

\_\_\_\_  No parties appeared or filed written objections, and there is no trustee appointed in the case.

\_\_\_\_  No parties appeared or filed written objections, and the trustee is the movant.

\_x\_  This is a chapter 7 or 13 case, and either with the motion, or at the hearing, I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any trustee appointed in this case, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below:

Debtor's counsel:

\_\_\_\_\_ approved the form of this order          \_\_\_\_\_ disapproved the form of this order

\_\_\_\_\_ waived the right to review the order and/or  \_\_x\_\_ failed to respond to the document

\_\_\_\_\_ appeared at the hearing, waived the right to review the order

\_\_\_\_\_ matter unopposed, did not appear at the hearing, waived the right to review the order

Trustee:

\_\_\_\_\_ approved the form of this order          \_\_\_\_\_ disapproved the form of this order

\_\_\_\_\_ waived the right to review the order and/or  \_x\_\_\_ failed to respond to the document

\_\_\_\_\_ This is a chapter 9, 11, or 15 case, and I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any trustee appointed in this case any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below.

Debtor's counsel:

\_\_\_\_\_ approved the form of this order          \_\_\_\_\_ disapproved the form of this order

\_\_\_\_\_ waived the right to review the order and/or  \_\_\_\_\_ failed to respond to the document

\_\_\_\_\_ appeared at the hearing, waived the right to review the order

\_\_\_\_\_ matter unopposed, did not appear at the hearing, waived the right to review the order

Trustee:

\_\_\_\_\_ approved the form of this order          \_\_\_\_\_ disapproved the form of this order

\_\_\_\_\_ waived the right to review the order and/or  \_\_\_\_\_ failed to respond to the document

\_\_\_\_\_ I certify that I have served a copy of this order with the motion, and no parties appeared or filed written objection.

Submitted by:

 /s/ Gregory L. Wilde, Esq.

Gregory L. Wilde, Esq.

Attorney for Secured Creditor